# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-0544-TWR |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) |
| BOBBIE SUE HAZEN, | |
| Defendant. | |

Pending before the Court is defendant Bobbie Sue Hazen's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A) ("Motion"). [ECF No. 41.] Pursuant to General Order 692-B, *In re District Protocol For Processing Applications Under First Step Act § 603* (S.C. Cal. Mar. 4, 2021), the Motion was referred to Federal Defenders of San Diego, Inc. to "evaluate the case to determine whether the person may qualify for a sentence reduction under § 3582(c)(1)(A)." [ECF No. 42.] Federal Defenders of San Diego, Inc. filed a status report on January 26, 2023, which informed the Court that, "[a]fter a review of the relevant records in Ms. Hazen's case, FDSDI does not recommend appointment of counsel, at this time." [ECF No. 45.]

On February 23, 2023, the Court set a briefing schedule which required the United States Attorney's Office to file a response to the Motion. [ECF No. 46.]

The Government filed its Response and Opposition to the Motion on March 22, 2023 ("Response"). [ECF No. 49.] For the reasons set forth in the Government's Response, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: 3/24/2023

Honorable Todd W. Robinson
United States District Judge